HADLEY and another, Appellants, vs. COUNSELL and wife, Respondents.

For the appellants: *Wilbershide & Baumblatt* of Racine.
For the respondents: *Jacobson, Malone & Hippenmeyer* of Waukesha.

*By the Court.*—Judgment affirmed.